01-15-00871-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

October 8, 2015

HONORABLE MICHAEL MCSPADDEN
209TH DISTRICT COURT
HARRIS COUNTY

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 10:19:42 AM
CHRISTOPHER A. PRINE
Clerk

Defendant's Name:  JUSTIN T WILLIAMS

Cause No   1387897

Court:  209TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause

**Notice of Appeal Filed Date:**  10/02/15
**Sentence Imposed Date:**  10/02/15
**Court of Appeals Assignment:**  First  Court of Appeals
**Appeal Attorney of Record:**  TO BE DETERMINED

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     TERRI JOHNSTONE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

Cause No. __1387897__

**THE STATE OF TEXAS**
**V.**
__JUSTIN WILLIAMS__, A/K/A/ _____

__209__ District Court / County Criminal Court at Law No. _____

Harris County, Texas

**FILED**
Chris Daniel
District Clerk

**OCT 02 2015**

Time: _____
Harris County, Texas

By _____
Deputy

**NOTICE OF APPEAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __OCT. 2, 2015__ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw.
☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal

__10-2-15__
**Date**

__Ray Mart__ (signature)
**Attorney (Signature)**

__JUSTIN WILLIAMS__
**Defendant (Printed name)**

__RANDY MARTIN__
**Attorney (Printed name)**

__13099500__
**State Bar Number**

__1201 FRANKLIN, N. TX__
**Address**

__713-365-0016__
**Telephone Number**

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

__Justin Williams__ (signature)
**Defendant (Signature)**

__Justin Williams__
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON __10-2-2015__

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___10/2/15___ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time

☐ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☒ employing counsel or paying for a clerk's and court reporter's record

The Court ORDERS that

☒ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED

☐ Defendant's / appellant's motion is GRANTED and

    ☐ _____(attorney's name & bar card number)
    is APPOINTED to represent defendant / appellant on appeal

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS

☐ SET at $ _____

☐ TO CONTINUE as presently set

☒ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED ___10/6/15___

_____
JUDGE PRESIDING,
___ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO ___,
HARRIS COUNTY, TEXAS

for Judge Flenniken

 

Cause No. **1387897**

THE STATE OF TEXAS

v

~~Justin Williams~~ Defendant

IN THE **289** DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW No. \_\_\_\_

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case

- [✓] is not a plea-bargain case, and the defendant has the right of appeal  [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal  [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal  [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal  [*or*]
- [ ] the defendant has waived the right of appeal

FILED
Chris Daniel
District Clerk

OCT 0 2 2015

Harris County, Texas

_____
Judge

~~for Judge Henrikson~~

_____ 10/2/15 _____
Date Signed

Time: _10/2/15_

By _____
Deputy

I have received a copy of this certification  I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure  I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals  TEX R APP P 68 2  I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit  I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

X _~~Justin Williams~~_
Defendant

Mailing Address _____

Telephone number _____

Fax number (if any) _____

_~~(signature)~~_
Defendant's Counsel

State Bar of Texas ID number **24099500**

Mailing Address _____

Telephone number _____

Fax number (if any) _____

* "A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order  In a plea bargain case-that is a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only  (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal  TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

# PAUPER'S OATH ON APPEAL

CAUSE NO 1397897

THE STATE OF TEXAS

VS

JUSTIN WILLIAMS

OFFENSE Agg Robbery

209 DISTRICT COURT

OF

HARRIS COUNTY TEXAS

TO THE HONORABLE JUDGE OF SAID COURT

NOW COMES JUSTIN WILLIAMS defendant in the above styled and numbered cause and states under oath that he is without funds property or income The defendant respectfully petitions the court to, (check all that apply)

☑ Appoint appellate counsel to represent him

☑ Asks the court to order that a free record be provided to him

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me this 5 day of October A D 20 15

_____
DEPUTY DISTRICT CLERK
209 DISTRICT COURT
HARRIS COUNTY TEXAS

## ORDER

10/07/15

On 10/6/15 the court conducted a hearing and found that the defendant is indigent

☒ The court orders that HCPDO/Daucie Schindler is appointed to represent defendant/appellant on appeal

☒ The court reporter is ordered to prepare and file the reporter s record without charge to the defendant/appellant

It is further ordered that the clerk of this court mail a copy of the order to the court reporter Terri Johnson MaryAnn Rodriguez by certified mail return receipt requested

_____
JUDGE PRESIDING
209 DISTRICT COURT
HARRIS COUNTY TEXAS

## AFFIRMATION

I Daucie Schindler Attorney at Law swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal If I am not able to preform my duties as appellate counsel I will notify the court immediately so that the court may take the appropriate action as deemed necessary

_____
ATTORNEY (SIGNATURE)

1201 Franklin St. 13th floor
ADDRESS

713 274 6717
PHONE

daucie.schindler@pdo.hctx.net
EMAIL ADDRESS

2401 3495/0175928
BAR/SPN NUMBER

Houston  TX  77002
CITY      STATE    ZIP

713 368 9278
FAX NUMBER

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

*1st*

# APPEAL CARD

**Court** 12/01/15  **Cause No.** 1367897
209

The State of Texas
Vs
Justin Williams

**Date Notice** 10/02/15
**Of Appeal:** 10/2/15

**Presentation:**  Vol._____ Pg._____

**Judgment:**  Vol._____ Pg._____

**Judge Presiding** Terry Flenniken
**Court Reporter** Terri Johnstone
**Court Reporter**_____
**Court Reporter**_____

**Attorney
on Trial** Bay Martin

**Attorney
on Appeal**_____

Appointed_____ Hired_____

Offense AGG Robbery w/ deadly weapon

**Jury Trial:**  Yes X  No_____

**Punishment
Assessed** 40 Years TDC $10,000

**Companion Cases
(If Known)**_____

**Amount of
Appeal Bond**_____

**Appellant
Confined:**  Yes X  No_____

**Date Submitted
To Appeal Section** OCT 3 2015

**Deputy Clerk** Oketela Baxter

22/996